UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JEROME LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>VENMO, et al.,<br><br>Defendants. | No. 2:22-cv-00856 KJM CKD (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

Here, plaintiff's brief and conclusory allegations do not state a federal claim against any defendant. The federal courts are courts of limited jurisdiction. In the absence of a basis for

1

1  federal jurisdiction, plaintiff's claims cannot proceed in this venue.  Because there is no basis for
2  federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause
3  why this action should not be dismissed.  Failure to allege a proper basis for subject matter
4  jurisdiction will result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. No later than June 20, 2022, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated:  June 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/lewis0856.ifp-nojuris

2