UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JEROME LEWIS,<br><br>  Plaintiff,<br><br>  v.<br><br>VENMO, et al.,<br><br>  Defendants. | No.  2:22-cv-00856 KJM CKD (PS)<br><br>ORDER |

      Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c).

      On July 6, 2022, the magistrate judge filed findings and recommendations, which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff was re-served with the findings and recommendations at his new address on January 25, 2023.  Plaintiff has not filed objections.

      The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued July 6, 2022 are adopted in full;

2. This action is dismissed without prejudice; and

3. The Clerk of Court is directed to close this case.

DATED:  March 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE